UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANTHONY WINSTON,<br><br>        Petitioner,<br><br>        v.<br><br>B.M. TRATE,<br><br>        Respondents. | Case No.: 1:24-cv-0837 JLT HBK<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE PETITION FOR FAILURE TO STATE A CLAIM, DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Docs. 3, 7, and 9) |

        LeAnthony Winston, a federal prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 asserting two grounds for relief: (1) cruel and unusual punishment, and (2) deprivation of due process. (Doc. 1 at 1-2.) Petitioner also seeks temporary restraining orders and a preliminary injunction. (Docs. 3, 7.)

        The magistrate judge reviewed the allegations of the petition and observed that the "claims are premised on [Petitioner's] allegation that he was restricted from using his phone and/or message service and denied access to mail and his legal papers, which in turn interfered with his post-conviction process, including his claim of actual innocence." (Doc. 9 at 3.) The magistrate judge found, "[b]ecause the success of neither claim would not lead to Petitioner's immediate or earlier release from confinement, … the Petition fails to state a cognizable habeas claim." (*Id.*) Therefore, the magistrate judge recommended "the Petition be dismissed for lack of federal habeas jurisdiction." (*Id.* at 4.) The magistrate judge found it was not appropriate to convert the matter to a civil rights

action.  (*Id.* at 4-5.)  Finally, the magistrate judge recommended Petitioner's motions for injunctive relief be denied due to the failure to state a cognizable claim under Section 2241.  (*Id.* at 5.)

The Court served the Findings and Recommendations on Petitioner and notified him that any objections were due within 14 days.  (Doc. 9 at 6.)  The Court advised Petitioner that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Petitioner did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated August 27, 2024 (Doc. 9) are **ADOPTED** in full.
2. The petition is **DISMISSED** for failure to state a cognizable habeas claim.
3. Petitioner's motions for injunctive relief (Docs. 3 and 7) are **DENIED**.

IT IS SO ORDERED.

Dated:   **September 19, 2024**

UNITED STATES DISTRICT JUDGE

2